UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL KELLY, et al.,<br>Plaintiffs,<br>v.<br>CALIFORNIA BAPTIST UNIVERSITY,<br>Defendant. | Case No. EDCV 26-01450-KK-ACCV<br><br>JUDGMENT |

Pursuant to the Order Granting Defendant's Motion to Dismiss Plaintiff's First Amended Complaint,

IT IS HEREBY ADJUDGED that judgment is entered in favor of Defendant CALIFORNIA BAPTIST UNIVERSITY, and this action is dismissed with prejudice. (JS-6)

Dated: August 31, 2026

HONORABLE KENLY KIYA KATO
United States District Judge